IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES A. ELDRIDGE,
    Plaintiff,

vs.                                                                 Case No. 5:07cv125/RS/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

**O R D E R**

    Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and has filed a motion for leave to proceed in forma pauperis (Docs. 1, 3). Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion. For example, in the affidavit of financial status, Plaintiff indicates that he is unemployed (Doc. 3 at 2) and shows what appears to be monthly expenditures totaling approximately $381.00, which does not include monthly payments made to Lowes and Bay Credit Union, as Plaintiff has indicated only the total amount owed to those creditors and not the monthly amount he pays toward those debts (*id.*). Moreover, Plaintiff has not identified the source of funds from which he pays the monthly debts.

    In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application. If he chooses to submit a new in forma pauperis application, he should indicate the monthly payments he makes toward <u>all</u> debts, and he should estimate the <u>total</u> monthly payments and include that figure in Section IV.4.b. of the affidavit of financial status. Additionally, Plaintiff should explain in Section IV.7. how he is able to pay his monthly debts, despite his lack of any source of income, so the court has sufficient information upon which to consider his eligibility to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. The clerk of court is directed to send to counsel for Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis. This case number shall be written on the forms.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 3) is **DENIED** without prejudice. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

3. Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 12th day of June 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**