IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES A. ELDRIDGE,

        Plaintiff,

vs.                                      CASE NO. 5:07cv125/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). The Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is affirmed.

3. This case is dismissed.

4. The clerk is directed to close the file.

**ORDERED** on June 13, 2008.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**